E-FILED
Wednesday, 12 September, 2007   10:14:24 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION



FILED
SEP 1 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No: 07-30090 |
| ) | Violation: 21 U.S.C. § 841(a)(1), |
| ) | 841(b)(1)(B), and 841(b)(1)(C) |
| ROOSEVELT CRAIG, ) | |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about October 19, 2006, in the Central District of Illinois, the defendant,

**ROOSEVELT CRAIG**,

knowingly possessed a controlled substance, namely, 5 or more grams of a mixture or substance containing cocaine base (crack), a Schedule II controlled substance, with the intent to distribute it.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 2

On or about November 28, 2006, in the Central District of Illinois, the defendant,

**ROOSEVELT CRAIG**,

knowingly possessed a controlled substance, namely, a mixture or substance containing cocaine base (crack), a Schedule II controlled substance, with the intent to distribute it.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL,

s/ Foreperson
_____
FOREPERSON

s/ John Childress
_____, FAUSA for
RODGER A. HEATON
UNITED STATES ATTORNEY/TB