E-FILED
Wednesday, 26 September, 2007 09:56:59 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WARRANT FOR ARREST |
| Plaintiff | ) | |
| vs | ) | |
| | ) | CASE NO. 07-30090 |
| ROOSEVELT CRAIG | ) | |
| Address Unknown | ) | |
| | ) | |
| Defendant | ) | |

FILED
SEP 2 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED 2007 SEP 12 P 3: [illegible] US MARSHALS SERVICE CENTRAL ILLINOIS

TO:    THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Roosevelt Craig, and bring him or her forthwith to the nearest magistrate judge to answer an Indictment charging him or her with possession of cocaine base (crack) with the intent to distribute (Count 1, 2) in violation of Title 21, United States Code, Section(s) 841(a)(1) and 841(b)(1)(B); Title 21, United States Code, Section(s) 841(a)(1) and 841(b)(1)(C).

JOHN M. WATERS                              CLERK U.S. DISTRICT COURT
Name of Issuing Officer                     Title of Issuing Officer

_[signature] John M. Waters_                September 11, 2007 at Springfield, IL
Signature of Issuing Officer                Date and Location

Bail fixed at $ **NO BOND** by U.S. Magistrate Judge Byron G. Cudmore.

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _Quincy_

| Date Received 09/13/07 | Name of Arresting Officer _Lee Mongold_ | Signature of Arresting Officer _[signature]_ |
|---|---|---|
| Date of Arrest 09/17/07 | Title of Arresting Officer _TFO/ISP Zone 4_ | |