UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| )   Plaintiff, ) | |
| vs. ) | Case Number: **07-30090** |
| ROOSEVELT CRAIG, ) | |
| )   Defendant. ) | |

### DEFENDANT'S PROFFER AND OPPOSITION OF DETENTION

NOW COMES the Defendant, ROOSEVELT CRAIG, by and through his attorney, Adam Giganti, and for his Proffer and Opposition of Detention states as follows:

1. That the Defendant is twenty-three (23) years of age and has lived in the city of Chicago, Illinois, his entire life.

2. That the Defendant is the father of four children, the youngest of which is one-month old and lives in Quincy, Illinois.

3. That the Defendant's other three children (Carlos, age 5; Zakaya, age 3; and Kanijah, age 2) have resided with the Defendant and his girlfriend, Makisha Williams, who is the mother of two of the Defendant's children.

4. That prior to his arrest, the Defendant was working at McDonald's and believes that he would be able to return to his employment at McDonald's.

5. That the Defendant's parents live in the city of Chicago, Illinois, and so does the rest of his family.

6. That immediately prior to his arrest, the Defendant was residing with Makisha Williams and his three children at Ms. Williams' mother's residence. The reason they were living at her mother's residence is so they could save money in order to pay rent for their own residence.

7. That if released, the Defendant would reside with his mother in the city of Chicago, Illinois, until such time as he saved enough money to obtain his own apartment.

8. That the Defendant's mother, Lenatta Green, resides at 4600 South Leamington, Chicago, Illinois.

9. That the Defendant has no prior felony convictions. However, the Defendant is scheduled for sentencing in Adams County, Illinois on October 18, 2007.

WHEREFORE, the Defendant, ROOSEVELT CRAIG, prays the honorable Court to allow his release during the pendency of this case.

Respectfully submitted,
ROOSEVELT CRAIG, DEFENDANT

By:     s/ Adam Giganti
        Adam Giganti Bar Number: 06203290
        Attorney for Defendant
        Stratton, Giganti, Stone & Kopec
        725 South Fourth Street
        Springfield, Illinois 62703
        Telephone: (217) 528-2183
        Fax: (217) 528-1874
        E-mail: agiganti@stratton-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Timothy A. Bass

By:     s/ Adam Giganti
Adam Giganti Bar Number: 06203290
Attorney for Defendant
Stratton, Giganti, Stone & Kopec
725 South Fourth Street
Springfield, Illinois 62703
Telephone: (217) 528-2183
Fax: (217) 528-1874
E-mail: agiganti@stratton-law.com