UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
OCT 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: **07-30090** |
| ROOSEVELT CRAIG, | ) |
| Defendant. | ) |

### MOTION TO CONTINUE PRE-TRIAL AND TRIAL

Now comes the Defendant, Roosevelt Craig, by and through Court appointed counsel, Adam Giganti, and for this Motion states as follows:

1. That the undersigned counsel is appointed in the above-captioned matter.

2. That the undersigned counsel has been unable to meet with the Defendant for an ample period of time to review the discovery.

3. The undersigned counsel has been unable to discuss with Assistant United States Attorney Bass possible resolution to the matter short of proceeding to trial.

4. The undersigned counsel has spoken to Assistant United States Attorney Timothy Bass, and Mr. Bass has indicated that the government has no objection to the granting of the Defendant's Motion to Continue Pre-Trial Conference and Trial date.

WHEREFORE, the Defendant, Roosevelt Craig, prays the honorable Court to enter an Order allowing this Motion to Continue Pre-Trial and Trial.

Respectfully submitted,

ROOSEVELT CRAIG, DEFENDANT

s/ Adam Giganti

By: _____
Adam Giganti Bar Number: 06203290
Attorney for Defendant
Stratton, Giganti, Stone & Kopec
725 South Fourth Street
Springfield, Illinois 62703
Telephone: (217) 528-2183
Fax: (217) 528-1874
E-mail: agiganti@stratton-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2007, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Timothy A. Bass

s/ Adam Giganti

By: _____
Adam Giganti Bar Number: 06203290
Attorney for Defendant
Stratton, Giganti, Stone & Kopec
725 South Fourth Street
Springfield, Illinois 62703
Telephone: (217) 528-2183
Fax: (217) 528-1874
E-mail: agiganti@stratton-law.com