**E-FILED**
Wednesday, 16 April, 2008  11:48:32 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-30090 |
| v. | ) | |
| | ) | |
| ROOSEVELT CRAIG, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION TO CONTINUE SENTENCING HEARING**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Timothy A. Bass, respectfully submits its motion to continue sentencing. The government states the following:

1.      This matter is currently scheduled for sentencing on April 21, 2008.

2.      As reflected in the revised presentence report, the defendant has raised objections to the calculation of the advisory Sentencing Guideline range. The attorney for the government and counsel for the defendant have discussed efforts to attempt to resolve the defendant's objections. In that regard, the government's case agent and counsel for the defendant intend to meet with the defendant at the Pike County Jail in Pittsfield, Illinois. Counsel for the defendant has advised that he is unable to schedule such a meeting prior to the scheduled sentencing date.

3.      Accordingly, to allow sufficient time for the parties to complete efforts to resolve the defendant's objections and avoid the necessity of an evidentiary hearing, the

government respectfully requests that the Court continue the sentencing hearing in this

matter until a convenient date for the Court after May 5, 2008.

      4.      Counsel for the defendant has no objection to this motion.

      WHEREFORE, the United States of America respectfully requests that its motion

be granted.

                  Respectfully submitted,

                  RODGER A. HEATON
                  UNITED STATES ATTORNEY

BY:      <u>s/Timothy A. Bass               </u>
            TIMOTHY A. BASS, Bar No. MO 45344
            Assistant United States Attorney
            U.S. Attorney's Office
            318 South 6th Street
            Springfield, IL   62701
            Telephone: 217/492-4450
            tim.bass@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel of record

s/Timothy A. Bass
Assistant United States Attorney