# United States District Court
## Memorandum



**DATE:** May 7, 2008

**FROM:** Laura L. Hanner  *LLH*
U.S. Probation Officer

**SUBJECT:** Revised Guideline Calculations
U.S. v. Roosevelt Craig
Docket No. 07-30090-001

**TO:** Jeanne E. Scott
U.S. District Judge

On May 1, 2008, the U.S. Sentencing Commission revised the U.S. Sentencing Guidelines for the conversion of crack cocaine and at least one other substance to the marijuana medium. Based on this guideline revision, crack cocaine is converted to marijuana based on a conversion rate of 20 kilograms. Once the total marijuana quantity and base offense level are determined, the base offense level is reduced by two levels.

Assistant U.S. Attorney (AUSA) Timothy A. Bass advised me, and attorney Adam Giganti concurred, that the parties have reached an agreement regarding drug quantities and which agreement resolves the outstanding objections in this case. AUSA Bass indicated the defendant is accountable for 1.5 kilograms to 4.5 kilograms of cocaine base based on a reasonable estimation of the quantities distributed by the defendant. Further, the defendant is also accountable for 11,340 grams of cannabis as reflected in the Presentence Report.

The following guideline calculations are based on the agreement between the parties and should be applied if the Court accepts the parties' agreement:

1.  **Base Offense Level:** The guideline for this 21 U.S.C. § 841 offense is found at U.S.S.G. § 2D1.1. When a defendant is involved in possessing multiple types of drugs, the quantities are converted to a common medium, marijuana, and added together pursuant to U.S.S.G. § 2D1.1,comment.(n.6). The defendant is accountable for between 1.5, but less than 4.5, kilograms of crack cocaine. When 4.4 kilograms is converted at a rate of 20 kilograms, the marijuana equivalent for cocaine base is 88,000,000 grams (88,000 kilograms). The defendant is also accountable for 11,340 grams of cannabis. As a result, the defendant is accountable for a total of 88,011,340 grams (80,011.34 kilograms) of marijuana. According to U.S.S.G. § 2D1.1(c)(1), at least 30,000 kilograms of marijuana establish a base offense level of 38. After the two-level reduction is applied pursuant to U.S.S.G. § 2D1.1, comment.[n.10(D)(i)], the base offense level is 36.

36

2.   **Specific Offense Characteristic:**  None.                                         0

3.   **Victim-Related Adjustments:**  None.                                              0

4.   **Adjustment for Role in the Offense:**  None.                                      0

5.   **Adjustment for Obstruction of Justice:**  None.                                   0

6.   **Adjusted Offense Level** (Subtotal):                                              36

7.   **Adjustment for Acceptance of Responsibility:**  The defendant accepted responsibility for his involvement in the instant offense and pleaded guilty to the offense in a timely manner.  Therefore, a reduction of three levels is applicable pursuant to U.S.S.G. § 3E1.1.          -3

8.   **Total Offense Level:**                                                            33

9.   **Chapter Four Enhancements:**  None.                                               0

10.  **Total Offense Level After Enhancements:**                                         33

Based on a total offense level of 33 and a criminal history category of IV, the guideline imprisonment range is 188 to 235 months.  Further, the guideline fine range becomes $17,500 to $3,000,000.


cc:   Timothy A. Bass
      Adam Giganti